| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Sonia Y. Robertson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9176<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–11677–JNP | | |

## Order of Discharge                                                              12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Sonia Y. Robertson
    aka Sonia Gaines, aka Sonia Burroughs

<u>3/14/24</u>                                                         **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                   **For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                Case No. 17-11677-JNP

Sonia Y. Robertson                                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1               User: admin                                          Page 1 of 5
Date Rcvd: Mar 14, 2024            Form ID: 3180W                                       Total Noticed: 68

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonia Y. Robertson, 1145 Shamrock Way, Williamstown, NJ 08094-3144 |
| 516712936 | +++ | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 516615048 | + | Circleback Lending Inc, 2500 N Military Trail, Boca Raton, FL 33431-6344 |
| 516615057 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 516846600 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516694642 | + | Drexel I, L.P., Upstart Loan Operations, PO BOX 1931, Burlingame CA 94011-1931 |
| 516615059 | + | Encore Receivable Management, Inc., PO Box 3330, Olathe, KS 66063-3330 |
| 516615062 | + | Gateway One Lending & Finance, 160 N Riverview Dr Ste 100, Anaheim, CA 92808-2293 |
| 519121089 | + | Legacy Mortgage Asset Trust 2019-SL1, Denise Carlon Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 516615065 | + | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 14 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 14 2024 20:50:00 | FEDERAL NATIONAL MORTGAGE ASSOCIATION, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 14 2024 20:50:00 | THE BANK OF NEW YORK MELLON, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| 516615043 | + | Email/Text: legal@arsnational.com | Mar 14 2024 20:51:00 | ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 516615044 | + | EDI: CINGMIDLAND.COM | Mar 15 2024 00:42:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 516615039 | + | EDI: URSI.COM | Mar 15 2024 00:42:00 | Alltran Financial, LP, PO Box 722910, Houston, TX 77272-2910 |
| 516718592 | | Email/PDF: bncnotices@becket-lee.com | Mar 14 2024 21:08:25 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516636891 | | EDI: AIS.COM | Mar 15 2024 00:42:00 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 516741068 | | EDI: AIS.COM | Mar 15 2024 00:42:00 | American InfoSource LP as agent for, Verizon, PO |

Case 17-11677-JNP    Doc 67    Filed 03/16/24    Entered 03/17/24 00:15:58    Desc Imaged
                                 Certificate of Notice    Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 3180W | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 248838, Oklahoma City, OK 73124-8838 |
| 516615041 | + | Email/PDF: bncnotices@becket-lee.com | Mar 14 2024 21:08:31 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516615042 | ^ | MEBN | Mar 14 2024 20:47:58 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516826304 | ^ | MEBN | Mar 14 2024 20:48:46 | Apex Asset Management, LLC, Virtua Summit Surgical, PO Box 5407, Lancaster, PA 17606-5407 |
| 516615045 | + | EDI: BANKAMER | Mar 15 2024 00:42:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516770299 | + | EDI: BANKAMER2 | Mar 15 2024 00:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516615046 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 20:56:05 | CACH LLC, 4340 S Monaco Second Fl, Denver, CO 80237 |
| 516615056 | | Email/Text: correspondence@credit-control.com | Mar 14 2024 20:51:00 | Credit Control LLC, Po Box 31179, Tampa, FL 33631 |
| 516615049 | + | EDI: CITICORP | Mar 15 2024 00:42:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516615050 | + | EDI: CITICORP | Mar 15 2024 00:42:00 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 516615051 | + | EDI: CITICORP | Mar 15 2024 00:42:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516615052 | + | EDI: CITICORP | Mar 15 2024 00:42:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516615053 | + | Email/Text: mediamanagers@clientservices.com | Mar 14 2024 20:50:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 516615054 | + | Email/Text: bankruptcy@credencerm.com | Mar 14 2024 20:51:00 | Credence Resource Management, Po Box 2147, Southgate, MI 48195-4147 |
| 516615055 | + | EDI: CCS.COM | Mar 15 2024 00:42:00 | Credit Collections Svc, 725 Canton St, Norwood, MA 02062-2679 |
| 516615058 | | EDI: CITICORP | Mar 15 2024 00:42:00 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 516828743 | | EDI: Q3G.COM | Mar 15 2024 00:42:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516615060 | | Email/Text: Bankruptcy@FMAAlliance.com | Mar 14 2024 20:51:00 | FMA Alliance, Ltd., PO Box 2409, Houston, TX 77252 |
| 516615061 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 20:57:08 | Fresh View Solutions, 4340 S Monaco St, Ste 400, Denver, CO 80237-3485 |
| 516615047 | | EDI: JPMORGANCHASE | Mar 15 2024 00:42:00 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 519299902 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2024 20:51:00 | Legacy Mortgage Asset Trust 2021-SL1, C/O Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250, Legacy Mortgage Asset Trust 2021-SL1, C/O Select Portfolio Servicing 84165-0250 |
| 519299901 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2024 20:51:00 | Legacy Mortgage Asset Trust 2021-SL1, C/O Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518275573 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 14 2024 20:50:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 518275574 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |

Case 17-11677-JNP    Doc 67    Filed 03/16/24    Entered 03/17/24 00:15:58    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 3180W | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 14 2024 20:51:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450, LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 516615066 | ^ | MEBN | | |
| | | | Mar 14 2024 20:48:16 | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 516615067 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Mar 14 2024 20:51:00 | NCC Business Services, Inc., PO Box 24739, Jacksonville, FL 32241-4739 |
| 516615063 | ^ | MEBN | | |
| | | | Mar 14 2024 20:47:54 | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 516615064 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Mar 14 2024 20:50:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520082244 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Mar 14 2024 20:50:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520082245 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Mar 14 2024 20:50:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 516615068 | + | Email/Text: bnc@nordstrom.com | | |
| | | | Mar 14 2024 20:51:53 | Nordstrom Fsb, Correspondence, Po Box 6555, Englewood, CO 80155-6555 |
| 516615069 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 14 2024 20:50:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101 |
| 516859655 | | EDI: PRA.COM | | |
| | | | Mar 15 2024 00:42:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516859796 | | EDI: PRA.COM | | |
| | | | Mar 15 2024 00:42:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516702074 | | EDI: Q3G.COM | | |
| | | | Mar 15 2024 00:42:00 | Quantum3 Group LLC as agent for, Second Round LP, PO Box 788, Kirkland, WA 98083-0788 |
| 518755947 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Mar 14 2024 20:51:00 | Santander Consumer USA successor in, interest to Gateway One Lending, & Finance, LLC (Gateway), P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 518755948 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Mar 14 2024 20:51:00 | Santander Consumer USA successor in, interest to Gateway One Lending, & Finance, LLC (Gateway), P.O. Box 961245, Fort Worth, TX 76161-1245, Santander Consumer USA successor in 76161-0244 |
| 516615070 | + | Email/Text: compliance@sentrycredit.com | | |
| | | | Mar 14 2024 20:51:00 | Sentry Credit, Inc., PO Box 12070, Everett, WA 98206-2070 |
| 516615071 | + | Email/Text: bankruptcy@sw-credit.com | | |
| | | | Mar 14 2024 20:51:37 | Southwest Credit Systems, 4120 International Pkwy #1100, Carrollton, TX 75007-1958 |
| 516847235 | + | EDI: PRA.COM | | |
| | | | Mar 15 2024 00:42:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516615073 | + | EDI: SYNC | | |
| | | | Mar 15 2024 00:42:00 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 516615074 | + | EDI: SYNC | | |
| | | | Mar 15 2024 00:42:00 | Synchrony Bank/ JC Penney, Po Box 965064, Orlando, FL 32896-5064 |
| 516615075 | + | EDI: SYNC | | |
| | | | Mar 15 2024 00:42:00 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 516615076 | | EDI: AISTMBL.COM | | |
| | | | Mar 15 2024 00:42:00 | TMobile, PO Box 742596, Cincinnati, OH 45274 |
| 516814735 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Mar 14 2024 20:50:00 | THE BANK OF NEW YORK MELLON Trustee (See 410), c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9096 |
| 516615077 | + | Email/Text: BAN5620@UCBINC.COM | | |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 3180W | Total Noticed: 68 |

| | | | Mar 14 2024 20:50:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd, Ste 206, Toledo, OH 43614-1501 |
|---|---|---|---|---|
| 516615078 | + | EDI: LCIUPSTART | Mar 15 2024 00:42:00 | Upstart Netw, Po Box 61203, Palo Alto, CA 94306-6203 |
| 516615079 | + | EDI: VERIZONCOMB.COM | Mar 15 2024 00:42:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 516615080 | + | EDI: CITICORP | Mar 15 2024 00:42:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516615040 | *+ | Alltran Financial, LP, PO Box 722910, Houston, TX 77272-2910 |
| 516615072 | *+ | Southwest Credit Systems, 4120 International Pkwy #1100, Carrollton, TX 75007-1958 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew M. Lubin | on behalf of Creditor LoanCare LLC nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2019-SL1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kimberly A. Wilson | on behalf of Creditor Legacy Mortgage Asset Trust 2021-SL1 kimwilson@raslg.com |
| Laura M. Egerman | on behalf of Creditor THE BANK OF NEW YORK MELLON laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 3180W | Total Noticed: 68 |

Laura M. Egerman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Lee Martin Perlman
    on behalf of Debtor Sonia Y. Robertson ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Marisa Myers Cohen
    on behalf of Creditor LoanCare LLC nj-ecfmail@mwc-law.com jhillier@mwc-law.com

Sindi Mncina
    on behalf of Creditor LoanCare LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13